DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID RAY HOWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID RAY HOWELL,<br><br>　　　　　Defendant. | No. 1:08-cr-0337 LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER<br><br>Date: April 10, 2009<br>Time: 8:45 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

　　**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for March 6, 2009, **may be continued to April 10, 2009 at 8:45 a.m.**

　　This reason for this continuance is because defendant has requested medical records based on items included in discovery, but counsel has neither received nor reviewed them. This continuance will conserve time and resources for both parties and the court.

///

///

////

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for effective defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: February 25, 2009           By:  /s/ Sheila K. Oberto
                                        SHEILA K. OBERTO
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: February 25, 2009           By:  /s/ Ann H. Voris
                                        ANN H. VORIS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        David Ray Howell




**O R D E R**

**Good cause for the continuance exists.  The stipulation/request is granted.**  Time is excluded pursuant to  18 U.S.C.  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   February 26, 2009**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                       −2−