```
1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   ANN H. VORIS, Bar #100433
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   DAVID RAY HOWELL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:08-cr-0337 LJO |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS ) CONFERENCE; ORDER |
| v. | ) |
| DAVID RAY HOWELL, | ) Date:  May 8, 2009 ) Time:  8:45 a.m. ) Judge: Hon. Lawrence J. O'Neill |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for April 10, 2009, **may be continued to May 8, 2009 at 8:45 a.m., for a change of plea.**

This reason for this continuance is to permit completion of necessary matters prior to the plea.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

///

///

///

///

|   |   |   |
|---|---|---|
|   | | McGREGOR M. SCOTT<br>United States Attorney |
| DATED: April 8, 2009 | By: | /s/ Sheila K. Oberto<br>SHEILA K. OBERTO<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: April 8, 2009 | By: | /s/ Ann H. Voris<br>ANN H. VORIS<br>Assistant Federal Defender<br>Attorney for Defendant<br>David Ray Howell |

## O R D E R

**The conclusory statement of good cause is insufficient, but this time the Court will accept the statement and allow the continuance.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated: April 9, 2009**         /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order         −2−